524

(No. 75-CC-709— ...)

MICHAEL GREANEY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 16, 1975.*

MICHAEL GREANEY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-715— )

U.S. GEOLOGICAL SURVEY, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS STATE WATER SUPPLY, Respondent.

*Opinion filed April 16, 1975.*

U.S. GEOLOGICAL SURVEY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.